UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN E. SCHOONOVER,<br>Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 4:20-CV-1583 |
| | ) | (ARBUCKLE, M.J.) |
| v. | ) <br> ) | |
| KILOLO KIJAKAZI,<br>Defendant | ) <br> ) <br> ) | |

<u>ORDER</u>

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) The final decision of the Commissioner denying Plaintiff's application for benefits is VACATED;

(2) This case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) to conduct a new administrative hearing.

(3) Final Judgment will be issued in Plaintiff's favor pursuant to Fed. R. Civ. P. 58 by separate order; and

(4) The Clerk of Court is DIRECTED to close this case.

Date: March 30, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge